| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Foote, Elizabeth E. | 2. Court or Organization<br><br>U.S. District Court Western District of Louisiana | 3. Date of Report<br><br>05/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>300 Fannin Street<br>Shreveport, LA 71101 | | |

*IMPORTANT NOTES:* *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | ▒▒▒▒▒▒ office building partnership |
| 2.  Board of Trustees Member | ▒▒▒▒▒▒▒▒▒▒ |
| 3.  Power of Attorney | POA #1 |
| 4.  Board Member | Federal Judges Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/01/10 | Termination of Partnership Agreement- ▒▒▒▒▒▒ |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | The Smith Foote Law Firm, pursuit to termination agreement | $1,001,006.52 |
| 2. 12/10/2015 | Hypatia (contribution to United Way made of behalf of Judge Foote) | $50.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Louisiana State Employees Retirement System- retired judge |
| 2. 2015 | The Smith Foote Law Firm, share of partnership profits |
| 3. 2015 | Smith Segura & Raphael (formerly Smith Foote LLP), share of partnership profits |
| 4. 2015 | W Ross Foote, LLC |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | P1 |
| 3. | Mastercard | credit card | J |
| 4. | Discover Card | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo- Roth IRA (H) | | | | | | | | | |
| 2. ----- Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 3. ----- Washington Mutual Investment Fund | A | Int./Div. | J | T | | | | | |
| 4. ▓▓▓ Bank Checking | A | Interest | M | T | | | | | |
| 5. ▓▓▓ Bank Checking #2 | A | Interest | J | T | | | | | |
| 6. Capital One Savings #1 | C | Interest | P1 | T | | | | | |
| 7. American Funds 529 Plan Account | A | Dividend | M | T | | | | | |
| 8. -----American Funds Money Market | | | | | | | | | |
| 9. -----Cash Management Trust of America | | | | | | | | | |
| 10. -----American Balanced Fund | | | | | | | | | |
| 11. Wells Fargo Roth IRA (H) | | | | | | | | | |
| 12. -----John Hancock Regional Bank | A | Int./Div. | J | T | | | | | |
| 13. -----Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 14. -----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 15. Chase Investment (H) | | | | | | | | | |
| 16. -----JP Morgan US Treas Plus MMKT | A | Dividend | K | T | Buy (add'l) | 12/14/15 | J | | |
| 17. | | | | | Buy (add'l) | 12/22/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -----JPMorgan Chase & Co Common | B | Dividend | L | T | | | | | |
| 19. -----AllianceBer Global Thematic Grth | | None | J | T | | | | | |
| 20. -----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 21. -----JPMorgan Large Cap Grth | | None | K | T | | | | | |
| 22. Capital One Savings #2 | C | Interest | P1 | T | | | | | |
| 23. Fidelity & Guar Life Ins | | None | N | T | | | | | |
| 24. Chase Investment-Invesco Global Small & Mid | A | Dividend | J | T | | | | | |
| 25. Yuma Exploration-Royalty Interest-▨ ▨, Louisiana | C | Royalty | K | W | | | | | |
| 26. ▨ Acres timber land-▨ Louisiana | | None | N | W | | | | | |
| 27. 1/2 interest ▨ acres land-▨ Louisiana | | None | J | W | | | | | |
| 28. 1/2 interest ▨ acres-▨ ▨, Louisiana | | None | J | W | | | | | |
| 29. 1/6 interest ▨ Company | | None | K | W | Sold (part) | 07/16/15 | L | E | |
| 30. 1/3 interest ▨ Company (power of attorney) | | None | K | W | Sold (part) | 07/16/15 | L | E | |
| 31. Cash Surrender Value- Metlife | | None | K | T | | | | | |
| 32. ▨ Bank- Checking #3 | A | Interest | J | T | | | | | |
| 33. Vanguard-Prime Money Mkt Fund | A | Int./Div. | J | T | | | | | |
| 34. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Wells Fargo- Roth IRA line 1: Invesco Amer. Franchise | | None | L | T | | | | | |
| 36. | American Funds, Uniform Gift to Minor- Capital World Growth | A | Int./Div. | J | T | | | | | |
| 37. | American Funds, Uniform Gift to Minor- Wash Mutual Invs | A | Int./Div. | J | T | | | | | |
| 38. | ▨ Bank- Checking #4 | B | Int./Div. | N | T | | | | | |
| 39. | FTJ Fundchoice IRA - iShares Goldman Sachs Software Index | A | Dividend | K | T | Sold (part) | 12/29/15 | J | A | |
| 40. | FTJ Fundchoice IRA-SPDR Technology Select Sector | A | Dividend | L | T | Buy (add'l) | 04/08/15 | J | | |
| 41. | | | | | | Sold (part) | 04/16/15 | J | A | |
| 42. | | | | | | Sold (part) | 12/29/15 | J | A | |
| 43. | FTJ Fundchoice IRA-iShares Dow Jones US Broker Dealers | A | Dividend | K | T | Buy (add'l) | 12/29/15 | J | | |
| 44. | FTJ Fundchoice IRA-SPDR Financial Select Sector | B | Dividend | L | T | Sold (part) | 04/16/15 | J | A | |
| 45. | | | | | | Sold (part) | 12/29/15 | J | A | |
| 46. | FTJ Fundchoice IRA-SPDR Health Care Select Sector | A | Dividend | L | T | Sold (part) | 04/08/15 | J | A | |
| 47. | | | | | | Sold (part) | 04/16/15 | J | A | |
| 48. | FTJ Fundchoice IRA-SPDR Industrial Select Sector | | None | | | Sold | 01/08/15 | K | D | |
| 49. | FTJ Fundchoice IRA-WisdomTree Japan Hedged Equity | A | Dividend | K | T | Sold (part) | 04/08/15 | J | A | |
| 50. | | | | | | Buy (add'l) | 12/29/15 | J | | |
| 51. | FTJ Fundchoice IRA-TD Bank USA FDIC Insured Deposit | D | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Cash Surrender Value-Aviva Life and Annuity Co. | | None | N | T | | | | | |
| 53. Vanguard Acct. #1 (H) | | | | | | | | | |
| 54. ----- Vanguard Mid-Cap Growth | B | Dividend | N | T | | | | | |
| 55. ----- Vanguard Small-Cap Growth | B | Dividend | M | T | | | | | |
| 56. ----- Vanguard Total Stock | E | Dividend | P1 | T | | | | | |
| 57. Vanguard SEP IRA (Y) | | | | | | | | | |
| 58. Capital One | A | Interest | | | Closed | 12/31/15 | M | | |
| 59. Vanguard SEP IRA: Vanguard REIT Index | B | Int./Div. | M | T | Buy (add'l) | 07/21/15 | J | | |
| 60. NR Scandic Springs | C | Int./Div. | L | T | | | | | |
| 61. FTJ Fundcoice IRA- SPDR Consumer Discretionary | A | Dividend | K | T | Buy | 01/08/15 | K | | |
| 62. | | | | | Sold (part) | 04/08/15 | J | A | |
| 63. | | | | | Sold (part) | 12/29/15 | J | A | |
| 64. FTJ Fundchoice IRA - SPDR Energy | A | Dividend | | | Buy | 04/08/15 | J | | |
| 65. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 66. | | | | | Sold (part) | 07/10/15 | J | A | |
| 67. | | | | | Buy (add'l) | 08/19/15 | K | | |
| 68. | | | | | Buy (add'l) | 10/22/15 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes (See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes (See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Foote, Elizabeth E. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/29/15 | K | A | |
| 70. FTJ Fundchoice IRA - Vanguard Energy Index | | None | K | T | Buy | 07/10/15 | K | | |
| 71. | | | | | Sold (part) | 08/19/15 | J | A | |
| 72. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 73. FTJ Fundchoice IRA - SPDR Consumer Staples | A | Dividend | | | Buy | 01/08/15 | J | | |
| 74. | | | | | Sold | 04/08/15 | J | A | |
| 75. FTJ Fundchoice IRA - Ishares Russell 2000 | | None | | | Buy | 04/08/15 | K | | |
| 76. | | | | | Sold | 05/26/15 | K | A | |
| 77. FTJ Fundchoice IRA - First Trust Energy | A | Dividend | | | Buy | 05/26/15 | K | | |
| 78. | | | | | Sold | 10/22/15 | J | A | |
| 79. 1/14 interest in ▆▆ acres - ▆▆▆▆▆ and ▆▆ acres - ▆▆▆▆▆ | | None | K | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 79: 1/14 interest in ▮▮ acres located in ▮▮▮▮▮▮▮ Louisiana and 1/14 interest in ▮ acres located in ▮▮▮▮▮▮ Louisiana was given to ▮▮▮▮▮ in 2015. This asset is ▮▮▮▮ separate property and in no way associated with Judge Elizabeth Foote's assets.

Line 57: Vanguard SEP IRA has been incorrectly reported in prior years. The Vanguard SEP IRA account consits of Vanguard Prime Money Market Fund and Vanguard REIT Index funds reported separately on lines 33 and 59.

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/05/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Foote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544